IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00010-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE RICHARDSON PAGAN | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion to suppress evidence and for a speedy trial. (Doc. No. 46).

The defendant is currently represented by counsel. (Appointment of Counsel, June 1, 2011). Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DISMISSED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: July 29, 2022

Robert J. Conrad, Jr.
United States District Judge