IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00010-RJC-DSC

| | |
|---|---|
| USA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LANCE RICHARDSON PAGAN, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Counts One, Two, Three, Four, and Six (Doc. No. 79), of the Superseding Indictment, (Doc. No. 17). For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 79), is **GRANTED** and Counts One, Two, Three, Four, and Six of the Superseding Indictment, (Doc. No. 17), are **DISMISSED** without prejudice.

Signed: October 7, 2022

Robert J. Conrad, Jr.
United States District Judge