IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00010-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE RICHARDSON PAGAN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon a pleading by the defendant pro se docketed as a letter in his criminal case in which he expresses the desire to file a lawsuit under 42 U.S.C. § 1983 against a law enforcement officer, a police department, and the Federal Bureau of Investigation. (Doc. No. 80).

**IT IS, THEREFORE, ORDERED** that Clerk of Court send the defendant a copy of the Pro Se Prisoner § 1983 Form at the place of his incarceration.

Signed: November 10, 2022

Robert J. Conrad, Jr.
United States District Judge