IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00010-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE RICHARDSON PAGAN | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's pro se letter requesting copies of documents. (Doc. No. 89).

The defendant's motion to represent himself was granted on September 13, 2022. He claims that he should have received documents from that time as his own counsel, but does not specify which ones he did not receive.[1]

Therefore, the Clerk of Court is directed to send the defendant a copy of the docket.

Signed: November 22, 2022

Robert J. Conrad, Jr.
United States District Judge

---

[1] The docket reflects that documents were mailed to him, but some were returned as undeliverable. (See e.g. Doc. No. 61 (noting the return of Doc. No. 56)).