IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00010-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE RICHARDSON PAGAN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the defendant's pro se motion alleging prosecutorial retaliation,[1] (Doc. No. 138), based on the dismissal of charges against him and the presentation of alleged false testimony.

The Court previously ruled against the defendant on these issues, (Oral Order, March 20, 2023), and the instant motion provides no basis to grant relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: March 27, 2023

Robert J. Conrad, Jr.
United States District Judge

---

[1] The defendant waived his right to counsel on September 13, 2022.