IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00010-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE RICHARDSON PAGAN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the defendant's pro se Motion of Objections,[1] (Doc. No. 139), and Motion of Complaint, (Doc. No. 142), repeating issues the Court previously resolved against him. The motions were received after sentencing and entered on the same date as the Judgment, (Doc. No. 140).

**IT IS, THEREFORE, ORDERED** that the defendant's motions will be construed as notices of appeal.

Signed: March 28, 2023

Robert J. Conrad, Jr.
United States District Judge

---

[1] The defendant waived his right to counsel on September 13, 2022.