IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00010-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE RICHARDSON PAGAN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se again challenging the dismissal of counts on which the jury did not return a verdict. (Doc. No. 151).

The defendant's case is on appeal. (Doc. Nos. 95, 144, 146: Notices of Appeal). Accordingly, the Court does not have jurisdiction to entertain the instant motion. See Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58, (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.") and Fed. R. App. P. 4(b)(5).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 151), is **DISMISSED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: March 31, 2023

Robert J. Conrad, Jr.
United States District Judge