IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00010-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE RICHARDSON PAGAN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of the defendant pro se again alleging violation of his Fourth Amendment rights, (Doc. No. 154), the presentation of false testimony, (Doc. No. 155), and the dismissal of counts on which the jury did not reach a verdict, (Doc. No. 157).

The government rightly notes the defendant's case is on appeal, (Doc. No. 156); therefore, the Court does not have jurisdiction to entertain the instant motions. (See Doc. No. 153: Order).

**IT IS, THEREFORE, ORDERED** that the defendant's motions, (Doc. Nos. 154, 155, 157), are **DISMISSED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: April 13, 2023

Robert J. Conrad, Jr.
United States District Judge